1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Gloria Rodriguez-Curtis

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10  GLORIA RODRIGUEZ-CURTIS,        ) Case No.: CV 10-2794 VBK
                                    )
11          Plaintiff,              ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
12      vs.                         ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
13  MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
14                                  )
            Defendant               )
15                                  )
    _____ )
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $3,400 as

20  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21  DATE:  March 08, 2011

22              _____/s/_____
                THE HONORABLE VICTOR B. KENTON
23              UNITED STATES MAGISTRATE JUDGE

24

25

26

                                -1-